STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT
C.A. No: 05-1375

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS INC., AS NOMINEE
FOR DEL NORTE REFI, LLC

Plaintiff,

v.

RONALD RAPOSA;
JENNIFER CABRAL;
RHODE ISLAND DIVISION
OF TAXATION;
BANK OF AMERICA, NA;
INTERNAL REVENUE SERVICE;
THE GLIDDEN COMPANY dba ICI DULUX PAINTS;
NORTH AMERICAN CAPITAL CORPORATION;
SHERWIN WILLIAMS COMPANY;
CAP ELECTRIC CORP, assignee of Home Depot;
PRA III, LLC; GREAT LAKES COLLECTION BUREAU, INC,
Assignee of First USA Bank;

Defendants.

## COMPLAINT AND REQUEST FOR DECLARATORY RELIEF

(Mortgage Foreclosure Surplus Funds)

## INTRODUCTION

This is an action being brought after a foreclosure sale on property located at 32 Fairwood Dr., Cranston, Rhode Island. Mortgage Electronic Registration Systems, Inc., as nominee for Del Norte Refi, LLC. (hereinafter "MERS") is currently holding surplus funds that it would like to pay into Court and to be discharged from any further obligation involving this matter.

## FACTS

In the above action, MERS respectfully represents:

1. Plaintiff, MERS, is a duly established corporation with a usual place of business located at c/o Joseph A. Camillo, Esq., 105 Union Wharf West, Boston, MA 02109

2. The Defendant, Ronald Raposa, is, upon information and belief, an individual with a last known address 32 Fairwood Dr., Cranston, RI.

3. The Defendant, Jennifer Cabral, is upon information and belief, an individual with a last known address of 32 Fairwood Dr., Cranston, RI.

4. The Defendant, the Rhode Island Division of Taxation, has an address of One Capitol Hill Plaza, Providence, RI.

5. Defendant, Bank of America, NA, is a national association with an address of c/o E. Martin Stutchfield, Esq., 123 Dyer St., Providence, RI, 02903.

5. The Defendant, the Internal Revenue Service has an address of 50 Kennedy Plaza, Providence, RI.

6. The Defendant, the Glidden Company dba ICI Dulux Paints has an address c/o CT Corporation System, 10 Weybosset St., Providence, RI 02903

7. The Defendant, North American Capital Corporation, is a corporation with an address of c/o Law Offices of Howard Lee Schiff, PC, 10 Dorrance St., Providence, RI 02903.

8. The Defendant, The Sherman Williams Company has an address c/o John A. DeSano, Jr., Esq., PO Box 422, Warren RI 02885.

9. The Defendant, CAP Electric Corporation, Assignee of Home Depot, has an address c/o Richard B. Applebaum, Esq., 15 Westminster St., Suite 630, Providence, RI 02907.

10. The Defendant, PRA III, LLC, has an address c/o Lynda Laing, Strauss, Factor and Lopes, 403 South Main St., Providence, RI 02903.

11. The Defendant, Great Lakes Collection Bureau, Inc., Assignee of First USA Bank, has an address c/o Richard B. Applebaum, Esq., 15 Westminster St., Suite 630, Providence, RI 02907.

## COUNT ONE

12. After satisfaction of the indebtedness to MERS including costs of foreclosure and sale, accrued interest, late charges in the aggregate sum of $39,862.74, there is a surplus now held by RIHMFC in the amount of $40,237.26. See attached Exhibit "A".

8. The following persons and entities appear of record to be all persons or entities having an interest in said funds held by MERS, to wit:

(a) The Defendants, Ronald Raposa and Jennifer Cabral, who are the former holders of the Equity of Redemption.

(b) The Defendant, Rhode Island Division of Taxation by virtue of two tax liens recorded in the City of Cranston at Book 1074 Page 392 and Book 1207 Page 191.

(c) The Defendant, Bank of America, NA by virtue of an execution in the amount of $4,696.75 and recorded at Book 1240 Page 188.

(d) The Defendant, the Internal Revenue Service, by virtue of a tax lien recorded at Book 1320 Page 91.

(e) The Defendant, The Glidden Company dba ICI Dulux Paints by virtue of an execution in the amount of $4,940.35 recorded at Book 1350 Page 304.

(f) The Defendant, North American Capital Corporation, by virtue of an execution in the amount of $3,366.84 recorded in Book 1396 Page 247.

(g) The Defendant Sherwin Williams Company by virtue of an execution in the amount of $3,278.29 recorded at Book 1489 Page 259.

(h) The Defendant, Cap Electric Corporation, assignee of Home Depot, by virtue of an execution in the amount of $2,024.00 and recorded at Book 1535 Page 234.

(i) The Defendant PRA III, LLC by virtue of an execution in the amount of $6,532.50 and recorded at Book 1700 Page 67.

(j) The Defendant Great Lakes Collection Bureau, Inc. Assignee of First USA Bank by virtue of an execution in the amount of $6,553.88 and recorded at Book 1706 Page 306.

**WHEREFORE,** the Plaintiff, MERS, prays that:

1. The said Defendants be ordered to appear and prove their claims, if any, to the surplus funds;
2. The Plaintiff be allowed its costs, expenses and attorney's fees in this Interpleader Action;
3. The Plaintiff be permitted to pay all surplus funds held by it in the amount of $40,237.26 less the fees and costs incurred by the Plaintiff in this Interpleader Action, into this Court;
4. The rights of the Defendants herein named be determined by this Court as to the surplus funds paid into Court;
5. This action be discontinued and dismissed as to the Plaintiff, it being merely a stakeholder and having no interest in said funds; and
6. This Court grant such other and further relief as it deems just and proper.

MORTGAGE ELECTORIC REGISTRATION
SYSTEMS, INC., AS NOMINEE FOR DEL NORTE
REFI, LLC
By its Attorney,

__________________________
Richard J. Volpe
RI# 5398
SHECHTMAN HALPERIN SAVAGE, LLP
86 Weybosset Street
Providence, RI 02903
(401) 272-1400 Dated: 3/18/05

## EXHIBIT A

| | |
|---|---|
| HIGHEST BID A FORECLOSURE SALE: | $80,100.00 |
| DEBT OWED PLAINTIFF | $39,862.74 |
| SURPLUS | $40,237.26 |

Case 1:05-cv-00194-ML Document 1 Filed 05/06/2005 Page 5 of 5