IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR DEL NORTE REFI, LLC.,

Plaintiff,

v.

RONALD RAPOSA,
JENNIFER CABRAL,
RHODE ISLAND DIVISION OF TAXATION,
BANK OF AMERICA, N.A.,
INTERNAL REVENUE SERVICE,
THE GLIDDEN COMPANY dba ICI DULUX PAINTS,
NORTH AMERICAN CAPITAL CORPORATION,
SHERWIN WILLIAMS COMPANY,
CAP ELECTRIC CORP, assignee of Home Depot,
PRA III, LLC., and
GREAT LAKES COLLECTION BUREAU, INC., Assignee of First USA Bank,

Defendants.

[redacted] 05 194T

Case No. ____________________
(Formerly C.A. No. 05-1375
Providence County Superior Court)

UNITED STATES OF AMERICA'S NOTICE OF REMOVAL
TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TO: Richard J. Volpe, Esquire
Shechtman Halperin Savage LLP
86 Weybosset Street
Providence, Rhode Island 02903

Ronald Raposa
32 Fairwood Drive
Cranston, Rhode Island 02920

Jeffifer Cabral
32 Fairwood Drive
Cranston, Rhode Island 02920

Rhode Island Division of Taxation
One Capitol Hill Plaza
Providence, Rhode Island 02908

Bank of America, N.A.
c/o E. Martin Stutchfield, Esquire
123 Dyer Street
Providence, Rhode Island 02903

The Glidden Company dba ICI Dulux Paints
c/o CT Corporation System
10 Weybosset Street
Providence, Rhode Island 02903

2

North American Capital Corporation
c/o Law Offices of Howard Lee
Schiff, PC
10 Dorrance Street
Providence, Rhode Island 02903

The Sherman Williams Company
c/o John A. DeSano, Jr., Esquire
Post Office Box 422
Warren, Rhode Island 02885

CAP Electric Corporation
Assignee of Home Depot
c/o Richard B. Applebaum, Esquire
15 Westminster Street, Suite 630
Providence, Rhode Island 02907

PRA III, LLC
c/o Lynda Laing
Strauss, Factor and Lopes
403 South Main Street
Providence, Rhode Island 02903

Great Lakes Collection Bureau, Inc.
Assignee of First USA Bank
c/o Richard B. Applebaum, Esquire
15 Westminster Street, Suite 630
Providence, Rhode Island 02907

PLEASE TAKE NOTICE that the action styled *Mortgage Electronic Registration Systems Inc., as nominee for Del Norte Refi, LLC v. Ronald Reposa, et al.,* Civil Action No. 05-1375, now pending in the Providence County Superior Court is removed to the United States District Court for the District of Rhode Island, by and on behalf of the United States of America. The action is removable pursuant to Title 28, United States Code, Sections 1442(a)(1) and 1444, as it is brought against the United States of America or an agency of the United States of America, with the waiver of sovereign immunity found, if at all, pursuant to the provisions of 28 U.S.C. § 2410.

Photocopies of the summons, complaint, together with attachments constituting all non-duplicative process and pleadings received by the trial attorney for the United States to the date of this notice, are attached as required by 28 U.S.C. § 1446(a).

No prior removal of the action has been attempted.

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA
Assistant United States Attorney

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
e-mail: wendy.j.kisch@usdoj.gov

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR DISTRICT OF RHODE ISLAND has this 6th day of May, 2005, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Richard J. Volpe, Esquire
Shechtman Halperin Savage LLP
86 Weybosset Street
Providence, Rhode Island 02903

Ronald Raposa
32 Fairwood Drive
Cranston, Rhode Island 02920

Jennifer Cabral
32 Fairwood Drive
Cranston, Rhode Island 02920

Rhode Island Division of Taxation
One Capitol Hill Plaza
Providence, Rhode Island 02908

Bank of America, N.A.
c/o E. Martin Stutchfield, Esquire
123 Dyer Street
Providence, Rhode Island 02903

The Glidden Company dba
ICI Dulux Paints
c/o CT Corporation System
10 Weybosset Street
Providence, Rhode Island 02903

North American Capital Corporation
c/o Law Offices of Howard Lee Schiff, PC
10 Dorrance Street
Providence, Rhode Island 02903

The Sherman Williams Company
c/o John A. DeSano, Jr., Esquire
Post Office Box 422
Warren, Rhode Island 02885

CAP Electric Corporation
Assignee of Home Depot
c/o Richard B. Applebaum, Esquire
15 Westminster Street, Suite 630
Providence, Rhode Island 02907

PRA III, LLC
c/o Lynda Laing
Strauss, Factor and Lopes
403 South Main Street
Providence, Rhode Island 02903

Great Lakes Collection Bureau, Inc.
Assignee of First USA Bank
c/o Richard B. Applebaum, Esquire
15 Westminster Street, Suite 630
Providence, Rhode Island 02907

Nancy A DiDiunzio

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. 05-1375

Mortgage Electronic Registration Systems Inc., as nominee for Del Norte Refi, LLC
Plaintiff

The Internal Revenue Service
Defendant

***Summons***

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Richard J. Volpe, Esq. Plaintiff's attorney, whose address is Shechtman Halperin Savage, LLP, 86 Weybosset Street Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

Dated: 4/1/05

(Seal of the Superior Court)

4/6/05
DATE
A TRUE COPY ATTEST
FRANK V. CATAMERO
R.I. CONSTABLE #6022

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT
C.A. No: 05-1375

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS INC., AS NOMINEE
FOR DEL NORTE REFI, LLC

Plaintiff,

v.

RONALD RAPOSA;
JENNIFER CABRAL;
RHODE ISLAND DIVISION
OF TAXATION;
BANK OF AMERICA, NA;
INTERNAL REVENUE SERVICE;
THE GLIDDEN COMPANY dba ICI DULUX PAINTS;
NORTH AMERICAN CAPITAL CORPORATION;
SHERWIN WILLIAMS COMPANY;
CAP ELECTRIC CORP, assignee of Home Depot;
PRA III, LLC; GREAT LAKES COLLECTION BUREAU, INC,
Assignee of First USA Bank;

Defendants.

## COMPLAINT AND REQUEST FOR DECLARATORY RELIEF
(Mortgage Foreclosure Surplus Funds)

## INTRODUCTION

This is an action being brought after a foreclosure sale on property located at 32 Fairwood Dr., Cranston, Rhode Island. Mortgage Electronic Registration Systems, Inc., as nominee for Del Norte Refi, LLC. (hereinafter "MERS") is currently holding surplus funds that it would like to pay into Court and to be discharged from any further obligation involving this matter.

## FACTS

In the above action, MERS respectfully represents:

1. Plaintiff, MERS, is a duly established corporation with a usual place of business located at c/o Joseph A. Camillo, Esq., 105 Union Wharf West, Boston, MA 02109

2. The Defendant, Ronald Raposa, is, upon information and belief, an individual with a last known address 32 Fairwood Dr., Cranston, RI.

3. The Defendant, Jennifer Cabral, is upon information and belief, an individual with a last known address of 32 Fairwood Dr., Cranston, RI.

4. The Defendant, the Rhode Island Division of Taxation, has an address of One Capitol Hill Plaza, Providence, RI.

5. Defendant, Bank of America, NA, is a national association with an address of c/o E. Martin Stutchfield, Esq., 123 Dyer St., Providence, RI, 02903.

5. The Defendant, the Internal Revenue Service has an address of 50 Kennedy Plaza, Providence, RI.

6. The Defendant, the Glidden Company dba ICI Dulux Paints has an address c/o CT Corporation System, 10 Weybosset St., Providence, RI 02903

7. The Defendant, North American Capital Corporation, is a corporation with an address of c/o Law Offices of Howard Lee Schiff, PC, 10 Dorrance St., Providence, RI 02903.

8. The Defendant, The Sherman Williams Company has an address c/o John A. DeSano, Jr., Esq., PO Box 422, Warren RI 02885.

9. The Defendant, CAP Electric Corporation, Assignee of Home Depot, has an address c/o Richard B. Applebaum, Esq., 15 Westminster St., Suite 630, Providence, RI 02907.

10. The Defendant, PRA III, LLC, has an address c/o Lynda Laing, Strauss, Factor and Lopes, 403 South Main St., Providence, RI 02903.

11. The Defendant, Great Lakes Collection Bureau, Inc., Assignee of First USA Bank, has an address c/o Richard B. Applebaum, Esq., 15 Westminster St., Suite 630, Providence, RI 02907.

**COUNT ONE**

12. After satisfaction of the indebtedness to MERS including costs of foreclosure and sale, accrued interest, late charges in the aggregate sum of $39,862.74, there is a surplus now held by RIHMFC in the amount of $40,237.26. See attached Exhibit "A".

8. The following persons and entities appear of record to be all persons or entities having an interest in said funds held by MERS, to wit:

(a) The Defendants, Ronald Raposa and Jennifer Cabral, who are the former holders of the Equity of Redemption.

(b) The Defendant, Rhode Island Division of Taxation by virtue of two tax liens recorded in the City of Cranston at Book 1074 Page 392 and Book 1207 Page 191.

(c) The Defendant, Bank of America, NA by virtue of an execution in the amount of $4,696.75 and recorded at Book 1240 Page 188.

(d) The Defendant, the Internal Revenue Service, by virtue of a tax lien recorded at Book 1320 Page 91.

(e) The Defendant, The Glidden Company dba ICI Dulux Paints by virtue of an execution in the amount of $4,940.35 recorded at Book 1350 Page 304.

(f) The Defendant, North American Capital Corporation, by virtue of an execution in the amount of $3,366.84 recorded in Book 1396 Page 247.

(g) The Defendant Sherwin Williams Company by virtue of an execution in the amount of $3,278.29 recorded at Book 1489 Page 259.

(h) The Defendant, Cap Electric Corporation, assignee of Home Depot, by virtue of an execution in the amount of $2,024.00 and recorded at Book 1535 Page 234.

(i) The Defendant PRA III, LLC by virtue of an execution in the amount of $6,532.50 and recorded at Book 1700 Page 67.

(j) The Defendant Great Lakes Collection Bureau, Inc. Assignee of First USA Bank by virtue of an execution in the amount of $6,553.88 and recorded at Book 1706 Page 306.

**WHEREFORE,** the Plaintiff, MERS, prays that:

1. The said Defendants be ordered to appear and prove their claims, if any, to the surplus funds;
2. The Plaintiff be allowed its costs, expenses and attorney's fees in this Interpleader Action;
3. The Plaintiff be permitted to pay all surplus funds held by it in the amount of $40,237.26 less the fees and costs incurred by the Plaintiff in this Interpleader Action, into this Court;
4. The rights of the Defendants herein named be determined by this Court as to the surplus funds paid into Court;
5. This action be discontinued and dismissed as to the Plaintiff, it being merely a stakeholder and having no interest in said funds; and
6. This Court grant such other and further relief as it deems just and proper.

MORTGAGE ELECTORIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR DEL NORTE REFI, LLC
By its Attorney,

Richard J. Volpe
RI# 5398
SHECHTMAN HALPERIN SAVAGE, LLP
86 Weybosset Street
Providence, RI 02903
(401) 272-1400

Dated: 3/18/05

EXHIBIT A

| | |
|---|---|
| HIGHEST BID A FORECLOSURE SALE: | $80,100.00 |
| DEBT OWED PLAINTIFF | $39,862.74 |
| SURPLUS | $40,237.26 |