UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR DEL NORTE REFI, LLC.

v. CA No. 05-194-T

RONALD RAPOSA, JENNIFER CABRAL, RHODE ISLAND DIVISION OF TAXATION, BANK OF AMERICA, N.A., INTERNAL REVENUE SERVICE, THE GLIDDEN COMPANY, d/b/a ICI DULUX PAINTS, NORTH AMERICAN CAPITAL CORPORATION, SHERWIN WILLIAMS COMPANY, CAP ELECTRIC CORP, assignee of Home Depot, PRA III, LLC, and GREAT LAKES COLLECTION BUREAU, INC., Assignee of First USA Bank

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: May 11 , 2005

4