IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED
MAY 06 2005

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR DEL NORTE REFI, LLC.,

Plaintiff,

v.

CA 05 194 T

Civil Action No. ____________

RONALD RAPOSA,
JENNIFER CABRAL,
RHODE ISLAND DIVISION OF TAXATION,
BANK OF AMERICA, N.A.,
INTERNAL REVENUE SERVICE,
THE GLIDDEN COMPANY dba
ICI DULUX PAINTS,
NORTH AMERICAN CAPITAL
CORPORATION,
SHERWIN WILLIAMS COMPANY,
CAP ELECTRIC CORP, assignee of Home Depot,
PRA III, LLC., and
GREAT LAKES COLLECTION BUREAU, INC.,
Assignee of First USA Bank,

Defendants.

FILED JT
MAY 06 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ORDER ENLARGING TIME FOR UNITED STATES
TO SERVE RESPONSE TO COMPLAINT

The above-titled matter is before the Court upon the request of the defendant, the United States of America, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for the entry of an order enlarging, to and including June 6, 2005, the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action. And the Court, having determined that the requisite cause for enlargement of time has been shown,

5

IT IS ORDERED that the defendant, United States of America, shall have to and including June 6, 2005 to serve its answer, motion, or other such response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

DONE and ORDERED at Providence Rhode Island, this 13th day of May, 2005.

Mary M. Lisi
UNITED STATES DISTRICT JUDGE