UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MORTGAGE ELECTRONIC SYSTEMS INC., AS NOMINEE FOR DEL NORTE REFI, LLC. Plaintiffs | : | |
| V. | : | C. A. 05-194T ML |
| RONALD RAPOSA, JENNIFER CABRAL RHODE ISLAND DIVISION OF TAXATION, BANK OF AMERICA, N.A., INTERNAL REVENUE SERVICE, THE GLIDDEN COMPANY dba ICI DULUX PAINTS, NORTH AMERICAN CAPITAL CORPORATION, SHERWIN WILLIAMS COMPANY, CAP ELECTRIC CORP., assignee of Home Depot, PRA III, LLC, and GREAT LAKES COLLECTION BUREAU, INC., Assignee of First USA Bank, Defendants. | : | |

CERTIFICATION

Pursuant to Local Rule 36(b), the United States of America hereby files certified copies of all pleadings filed in Superior Court prior to removal and a certified copy of the docket sheet reflecting the filing date of the petition for removal.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
401/709-5000

6

RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 05/09/2
SUPERIOR COU CIVIL INFORMATION SYSTEM

DOCKET EVENT LISTING

CASE NO.: PC2005 1375 TYPE INTERPLEADER
TITLE: MORTGAGE ELECTRONIC REG SYSTEMS INC V RONALD RAPOSA
FILING DATE: 03-18-2005 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| BANK OF AMERICA | BDF | Unknown,Attorney | AOR |
| CAP ELECTRIC CORP | BDF | Unknown,Attorney | AOR |
| CABRAL,JENNIFER | DEF | Unknown,Attorney | AOR |
| DEL NORTE REFI LLC | BPL | Volpe,Richard J. | AOR |
| FIRST USA BANK | BDF | Unknown,Attorney | AOR |
| GLIDDEN CO | BDF | Unknown,Attorney | AOR |
| GREAT LAKES COLLECTION BUREAU | BDF | Unknown,Attorney | AOR |
| INTERNAL REVENUE SERVICE | BDF | Unknown,Attorney | AOR |
| MORTGAGE ELECTRONIC REG SYSTEM | BPL | Volpe,Richard J. | AOR |
| NO AMERICAN CAPITAL CORP | BDF | Unknown,Attorney | AOR |
| PRA III LLC | BDF | Unknown,Attorney | AOR |
| RAPOSA,RONALD | DEF | Unknown,Attorney | AOR |
| RI DIVISION OF TAXATION | BDF | Unknown,Attorney | AOR |
| SHERWIN WILLIAMS CO | BDF | DeSano,John A | AOR |

DOC. ID. DATE JUDGE OUTCOME EFFECTIVE DATE

KRH 03-21-2005
COMPLAINT FILED
JEH 04-12-2005
ANSWER TO COMPLAINT FILED
OF DEF SHERWIN WILLIAMS
JEH 04-12-2005
ENTRY OF APPEARANCE FILED
DeSano,John A
FOR DEF SHERWIN WILLIAMS
JM 04-13-2005
ANSWER FILED
OF DEFT TAX ADMINISTRATOR
NM 05-06-2005
NOTICE OF REMOVAL
NM 05-06-2005
CASE REMOVED TO U.S. DISTRICT CT

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# STATE OF RHODE ISLAND SUPERIOR COURT

CIVIL CASE COVER SHEET

Case * (Filled in by Clerk's Office) K 05-1376

his form must be filed with each original document that comences a civil proceeding in the Clerk's Office (R.P.3.11). If the case is a istrict Court appeal. The form must be filed with the appeal in the District Court and will be transferred with other documents to the uperior Court.

| LAINTIFFS: | DEFENDANTS: |
| --- | --- |
| MERS | Raposa et al |

NATURE OF PROCEEDING — Check the applicable case type under main categories listed below. (check one only)

istrict Court Appeal ☐ Yes (check type below)

☐ AGA Agency appeal
☐ ALA Alienation of affection
☐ ANT Anti-trust
☐ ASB Assault and battery
☐ BKA Book account
☐ CLA Common law assignment
☐ CLL Common law lien
☐ CON Contract
☐ CNV Conversion
☐ CRC Criminal conversation
☐ CIC Criminal inj. compensation
☐ DOJ Debt on judgment
☐ DTP Deceptive trade practice
☐ DEJ Declaratory judgment
☐ Other than above (specify type):

☐ DPC Denial of probate claim
☐ EXT Excessive tax
☐ INR Injunctive relief
☒ IPL Interpleader
☐ LIB Libel/slander
☐ MLE Malpractice/legal
☐ MME Malpractice/medical
☐ MOT Malpractice/other
☐ WOM Mandamus. Writ of
☐ PRT Partition
☐ PER Personal injury
☐ IDV Personal inj./property dam-vehicle
☐ PIV Personal injury-vehicle
☐ PRL Product liabilty

☐ PRN Promissory note
☐ PDM Property damage
☐ PDV Property damage / vehicle
☐ RLP Real property
☐ RIC Reinstate charter
☐ DIN Recovery of damages/insurance
☐ ROF Recovery of funds
☐ WOR Replevin, writ of
☐ SPP Specific performance
☐ TCO Title clearing (other than tax title)
☐ TAE Trespass and ejectment
☐ TRA Trustee/accounting
☐ TCT Trustee/appt convey title
☐ UNM Uninsured motorist
☐ WRD Wrongful death

127843

## MISCELLANEOUS PETITIONS

☐ ARA Arbitration award
☐ CAR Arbitration /confirm
☐ RTA Arbitration referral
☐ VAR Arbitration / vacate
☐ AOD Assessment of damages
☐ CND Condemnation
☐ CFC Confirm compromise
☐ DOC Dissolution of corp.
☐ EDP End partnership
☐ FRR Forclosure of right redemption
☐ Other than above (specify type):

☐ TLF Foreclosure / tax lien
☐ FOC Forfeiture of charter
☐ GJI Grand jury investigation
☐ HAC Habeas corpus
☐ MAW Material witness
☐ MEL Mechanics lien
☐ OSW Out of state witness
☐ PFS Perform surgery
☐ PFC Petition for constable
☐ PTE Petition to expunge

☐ PFI Petition for immunity
☐ PIN Pet for inventory (wire tap)
☐ PFR Petition for review
☐ PTD Pet to take deposition
☐ PCR Post conviction relief
☐ REC Receivership
☐ R5A Rule 5A petition
☐ TCL Title clearing (tax title)
☐ AOT Trustee / appointment of
☐ DOT Trustee / declination of
☐ AOS Trustee successor

## PROBATE APPEALS

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change

☐ Other than above (specify type):

Is this a case that may require a trial for resolution? ☐ Yes ☒ No If yes: ☐ Jury or ☐ Non-jury

( Attorney name ) Richard Volpe (Date) 3/17/05

SC-223

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT FILED
HENRY S. KINCH JR. CLERK
2005 MAR 18 P 3:05

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT
C.A. No: PC 05-1375

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS INC., AS NOMINEE
FOR DEL NORTE REFI, LLC

Plaintiff,

v.

RONALD RAPOSA;
JENNIFER CABRAL;
RHODE ISLAND DIVISION
OF TAXATION;
BANK OF AMERICA, NA;
INTERNAL REVENUE SERVICE;
THE GLIDDEN COMPANY dba ICI DULUX PAINTS;
NORTH AMERICAN CAPITAL CORPORATION;
SHERWIN WILLIAMS COMPANY;
CAP ELECTRIC CORP, assignee of Home Depot;
PRA III, LLC; GREAT LAKES COLLECTION BUREAU, INC,
Assignee of First USA Bank;

Defendants.

2005 MAR 18 P 3:06
SUPERIOR COURT
FILED
KINCH JR., CLERK

167843

## COMPLAINT AND REQUEST FOR DECLARATORY RELIEF
(Mortgage Foreclosure Surplus Funds)

## INTRODUCTION

This is an action being brought after a foreclosure sale on property located at 32 Fairwood Dr., Cranston, Rhode Island. Mortgage Electronic Registration Systems, Inc., as nominee for Del Norte Refi, LLC. (hereinafter "MERS") is currently holding surplus funds that it would like to pay into Court and to be discharged from any further obligation involving this matter.

## FACTS

In the above action, MERS respectfully represents:

1. Plaintiff, MERS, is a duly established corporation with a usual place of business located at c/o Joseph A. Camillo, Esq., 105 Union Wharf West, Boston, MA 02109

Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

5398

2. The Defendant, Ronald Raposa, is, upon information and belief, an individual with a last known address 32 Fairwood Dr., Cranston, RI.

3. The Defendant, Jennifer Cabral, is upon information and belief, an individual with a last known address of 32 Fairwood Dr., Cranston, RI.

4. The Defendant, the Rhode Island Division of Taxation, has an address of One Capitol Hill Plaza, Providence, RI.

5. Defendant, Bank of America, NA, is a national association with an address of c/o E. Martin Stutchfield, Esq., 123 Dyer St., Providence, RI, 02903.

5. The Defendant, the Internal Revenue Service has an address of 50 Kennedy Plaza, Providence, RI.

6. The Defendant, the Glidden Company dba ICI Dulux Paints has an address c/o CT Corporation System, 10 Weybosset St., Providence, RI 02903

7. The Defendant, North American Capital Corporation, is a corporation with an address of c/o Law Offices of Howard Lee Schiff, PC, 10 Dorrance St., Providence, RI 02903.

8. The Defendant, The Sherman Williams Company has an address c/o John A. DeSano, Jr., Esq., PO Box 422, Warren RI 02885.

9. The Defendant, CAP Electric Corporation, Assignee of Home Depot, has an address c/o Richard B. Applebaum, Esq., 15 Westminster St., Suite 630, Providence, RI 02907.

10. The Defendant, PRA III, LLC, has an address c/o Lynda Laing, Strauss, Factor and Lopes, 403 South Main St., Providence, RI 02903.

11. The Defendant, Great Lakes Collection Bureau, Inc., Assignee of First USA Bank, has an address c/o Richard B. Applebaum, Esq., 15 Westminster St., Suite 630, Providence, RI 02907.

**COUNT ONE**

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

12. After satisfaction of the indebtedness to MERS including costs of foreclosure and sale, accrued interest, late charges in the aggregate sum of $39,862.74, there is a surplus now held by RIHMFC in the amount of $40,237.26. See attached Exhibit "A".

8. The following persons and entities appear of record to be all persons or entities having an interest in said funds held by MERS, to wit:

(a) The Defendants, Ronald Raposa and Jennifer Cabral, who are the former holders of the Equity of Redemption.

(b) The Defendant, Rhode Island Division of Taxation by virtue of two tax liens recorded in the City of Cranston at Book 1074 Page 392 and Book 1207 Page 191.

(c) The Defendant, Bank of America, NA by virtue of an execution in the amount of $4,696.75 and recorded at Book 1240 Page 188.

(d) The Defendant, the Internal Revenue Service, by virtue of a tax lien recorded at Book 1320 Page 91.

(e) The Defendant, The Glidden Company dba ICI Dulux Paints by virtue of an execution in the amount of $4,940.35 recorded at Book 1350 Page 304.

(f) The Defendant, North American Capital Corporation, by virtue of an execution in the amount of $3,366.84 recorded in Book 1396 Page 247.

(g) The Defendant Sherwin Williams Company by virtue of an execution in the amount of $3,278.29 recorded at Book 1489 Page 259.

(h) The Defendant, Cap Electric Corporation, assignee of Home Depot, by virtue of an execution in the amount of $2,024.00 and recorded at Book 1535 Page 234.

(i) The Defendant PRA III, LLC by virtue of an execution in the amount of $6,532.50 and recorded at Book 1700 Page 67.

True Copy Attest.

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

(j) The Defendant Great Lakes Collection Bureau, Inc. Assignee of First USA Bank by virtue of an execution in the amount of $6,553.88 and recorded at Book 1706 Page 306.

**WHEREFORE,** the Plaintiff, MERS, prays that:

1. The said Defendants be ordered to appear and prove their claims, if any, to the surplus funds;
2. The Plaintiff be allowed its costs, expenses and attorney's fees in this Interpleader Action;
3. The Plaintiff be permitted to pay all surplus funds held by it in the amount of $40,237.26 less the fees and costs incurred by the Plaintiff in this Interpleader Action, into this Court;
4. The rights of the Defendants herein named be determined by this Court as to the surplus funds paid into Court;
5. This action be discontinued and dismissed as to the Plaintiff, it being merely a stakeholder and having no interest in said funds; and
6. This Court grant such other and further relief as it deems just and proper.

MORTGAGE ELECTORIC REGISTRATION
SYSTEMS, INC., AS NOMINEE FOR DEL NORTE
REFI, LLC
By its Attorney,

Richard J. Volpe
RI# 5398
SHECHTMAN HALPERIN SAVAGE, LLP
86 Weybosset Street
Providence, RI 02903
(401) 272-1400

Dated: 3/18/05

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

EXHIBIT A

| | |
|---|---|
| HIGHEST BID A FORECLOSURE SALE: | $80,100.00 |
| DEBT OWED PLAINTIFF | $39,862.74 |
| SURPLUS | $40,237.26 |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR DEL NORTE REFI, LLC

VS.

C. A. NO. 05-1375

RONALD RAPOSA; JENNIFER CABRAL; RHODE ISLAND DIVISION OF TAXATION; BANK OF AMERICA, NA; INTERNAL REVENUE SERVICE; THE GLIDDEN COMPANY D/B/A ICI DULUX PAINTS; NORTH AMERICAN CAPITAL CORPORATION; SHERWIN WILLIAMS COMPANY; CAP ELECTRIC CORP., ASSIGNEE OF HOME DEPOT; PRA III, LLC; GREAT LAKES COLLECTION BUREAU, INC., ASSIGNEE OF FIRST USA BANK

**STIPULATION**

IN THE ABOVE ENTITLED CAUSE, IT IS HEREBY AGREED THAT THE FOLLOWING ENTRY BE MADE:

I hereby enter an appearance on behalf of the defendant, Sherwin Williams Company.

(PLAINTIFF'S ATTORNEY – PRINTED NAME) SIGNATURE)

John A. Desano (0466)

(DEFENDANT'S ATTORNEY – PRINTED NAME) (SIGNATURE)

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2005 APR 12 P 3: 5

DATED: April 12, 2005

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR DEL NORTE REFI, LLC

VS.

C. A. NO. 05-1375

RONALD RAPOSA; JENNIFER CABRAL; RHODE ISLAND DIVISION OF TAXATION; BANK OF AMERICA, NA; INTERNAL REVENUE SERVICE; THE GLIDDEN COMPANY D/B/A ICI DULUX PAINTS; NORTH AMERICAN CAPITAL CORPORATION; SHERWIN WILLIAMS COMPANY; CAP ELECTRIC CORP., ASSIGNEE OF HOME DEPOT; PRA III, LLC; GREAT LAKES COLLECTION BUREAU, INC., ASSIGNEE OF FIRST USA BANK

## ANSWER OF SHERWIN WILLIAMS COMPANY TO THE PENDING INTERPLEADER ACTION

1. Sherwin Williams Company neither admits nor denies the allegations in Paragraph 1 of plaintiff's complaint and leaves plaintiff to its proof of same.

2. Neither admit nor deny.

3. Neither admit nor deny.

4. Neither admit nor deny.

5. Neither admit nor deny.

Neither admit nor deny.

6. Neither admit nor deny.

7. Neither admit nor deny.

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK

2005 APR 12 P 3:5

8. Admit.

9. Neither admit nor deny.

10. Neither admit nor deny.

11. Neither admit nor deny.

COUNT ONE

12. Neither admit nor deny.

8A. Neither admit nor deny.

8B. Neither admit nor deny.

8C. Neither admit nor deny.

8D. Neither admit nor deny.

8E. Neither admit nor deny.

8F. Neither admit nor deny.

8G. Admit.

8H. Neither admit nor deny.

8I. Neither admit nor deny.

8J. Neither admit nor deny.

And further answering, defendant, Sherwin Williams Company, states that it is currently a judgment creditor of the defendant, Ronald T. Raposa, d/b/a M. Raposa & Brothers Painting Co., with an outstanding debt balance including the judgment plus statutory interest and costs in the total sum of $4,861.07, and Sherwin Williams Company hereby makes claim and demand against the surplus funds for the satisfaction of its outstanding judgment balance in the total sum of $4,861.07.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Sherwin Williams Company
By its Attorney,

John A. Desano (0466)
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 (FAX)

To: Richard J. Volpe, Esquire
Shectman Halperin Savage, LLP
86 Weybosset Street
Providence, RI 02903

**CERTIFICATION**

I hereby certify and say that I mailed a copy of the within to above counsel as listed above.

DATED: April 12, 2005

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND

PROVIDENCE, SC. SUPERIOR COURT

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR DEL NORTE REFI, LLC, :
PLAINTIFF :

V. : C.A. No. PC 05-1375

RONALD RAPOSA; JENNIFER CABRAL; R.I. DIVISION OF TAXATION; BANK OF AMERICA, NA; INTERNAL REVENUE SERVICE; THE GLIDDEN CO.; NORTH AMERICAN CAPITAL CORP.; SHERWIN WILLIAMS CO.; CAP ELECTRIC CO.; PRA III, LLC; and GREAT LAKES COLLECTION BUREAU, INC.,
DEFENDANTS :

## ANSWER OF DEFENDANT TAX ADMINISTRATOR

## FACTS

Now comes R. Gary Clark, Tax Administrator for the State of Rhode Island (Tax Administrator) and head of the Rhode Island Division of Taxation (Tax Division), a named defendant, by and through his attorney, to answer the complaint of the Plaintiff, Mortgage Electronic Registration Systems, Inc., as nominee for Del Norte Refi, LLC (MERS) as follows:

1. The Tax Administrator is without sufficient information and belief to answer the averments in these paragraphs and leaves the Plaintiff to its proof thereof.

2. & 3. Admitted.

4. Admitted with qualification. The correct and complete address of the Defendant is One Capitol Hill, Providence, Rhode Island, 02908-5800.

Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

FILED
HENRY S. KINCH JR., CLERK
2005 APR 13 P 2:41

5., 6., 7., 8., 9., 10. & 11. The Tax Administrator is without sufficient information and belief to answer the averments in these paragraphs and leaves the Plaintiff to its proof thereof.

**COUNT ONE**

12. The Tax Administrator is without sufficient information and belief to answer the averments in this paragraph and leaves the Plaintiff to its proof thereof.

8(a). (sic). The Tax Administrator is without sufficient information and belief to answer the averments in this paragraph and leaves the Plaintiff to its proof thereof.

8(b). (sic). Admitted with Explanation. Admitted insofar as stated but by way of explanation and clarification, Tax Division records show that statutory lien no.20000199 dated March 17, 2000 issued against Ronald T. Raposa of 32 Fairwood Drive in Cranston, Rhode Island, in his capacity as Responsible Officer of M. Raposa Brothers Painting, Inc. (FEIN 05-0393106) for $2,917.80 in delinquent state withholding taxes. By virtue of subsequent delinquencies and statutory interest accrual, the outstanding balance for delinquent withholding taxes has increased and, as of the current date, is approximately $5,925.00.

8(c)., 8(d)., 8(e)., 8(f)., 8(g)., 8(h)., 8(i)., & 8(j). (sic). The Tax Administrator is without sufficient information and belief to answer the averments in these paragraphs and leaves the Plaintiff to its proof thereof.

By way of further answer, the Tax Administrator responds to the Plaintiff's prayers for relief set as follows:

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

1. The Tax Administrator is without objection to any order of this Court requiring the defendants to appear and prove their respective claims to the surplus foreclosure proceeds.

2. Subject to the Court's review and approval, the Tax Administrator is without objection to this Court awarding the Plaintiff reasonable attorney's fees, expenses and costs incurred by commencing the within action with said sums to be paid out of the surplus foreclosure proceeds.

3. The Tax Administrator is without objection to an order of this Court authorizing and directing the Plaintiff to deposit with the Registry of the Court surplus foreclosure sale proceeds; minus its reasonable attorneys fees and costs.

4. The Tax Administrator is without objection to this Court determining the rights of the named defendants to the interplead surplus foreclosure proceeds.

5. The Tax Administrator is without objection to a dismissal with a release and discharge of liability for the Plaintiff relating to this cause of action.

6. In the absence of specific information regarding the nature, terms or amount of "such further relief" that the Plaintiff may seek, Tax Administrator objects to this prayer for relief.

**DEFENSE**

As this Honorable Court is aware, the Superior Court is without subject matter jurisdiction over state tax matters and the exhaustion of administrative remedies is an essential prerequisite for judicial review of any state tax matter. R.I.G.L. §§ 8-8-8(6);8-8-24. *Owner-Operators Independent Drivers Ass'n v. State*, 541 A.2d 69 (R.I. 1988); *International Packaging Corp. v. Mayer*, 715 A.2d 636 (R.I. 1998). Insofar as the within

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

action is limited to determining the extent or priority of the parties' claims in the surplus foreclosure proceeds, the Tax Administrator is without jurisdictional and procedural objection. However, in the event that subsequent proceedings may entail a collateral attack upon the validity of a state tax liability or the propriety of the state tax lien arising thereunder, the gravamen of this action would become a state tax dispute. Accordingly, out of an abundance of caution, the Tax Administrator preserves his rights by raising the affirmative defenses of lack of subject matter jurisdiction, FRCP 12(b)(1); failure to state a claim upon which relief can be granted, FRCP 12(b)(6); Statute of Limitations, *res judicata* and collateral estoppel.

Respectfully submitted,

R. GARY CLARK, TAX ADMINISTRATOR

By his attorneys,

MARCIA MCGAIR IPPOLITO, ESQ.
CHIEF OF LEGAL SERVICES

Bernard J. Lemos, Esq.
Senior Legal Counsel
State Bar No. 2837
R. I. DIVISION OF LEGAL SERVICES
One Capitol Hill
Providence, RI 02908-5890
Phone: (401) 222-6271
Fax: (401) 222-8880
E-Mail: blemos@admin.ri.gov

**CERTIFICATION**

I hereby certify that I caused a true copy of the within Answer to be mailed, first class, postage prepaid, to Richard J. Volpe, Esq. of SHECHTMAN HALPERIN & SAVAGE, LLP at 86 Weybosset Street in Providence, RI 02903 on this 12th day of April, 2005.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC. SUPERIOR COURT

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR DEL NORTE REFI, LLC.,

Plaintiff,

v.

RONALD RAPOSA,
JENNIFER CABRAL,
RHODE ISLAND DIVISION OF TAXATION,
BANK OF AMERICA, N.A.,
INTERNAL REVENUE SERVICE,
THE GLIDDEN COMPANY dba ICI DULUX PAINTS,
NORTH AMERICAN CAPITAL CORPORATION,
SHERWIN WILLIAMS COMPANY,
CAP ELECTRIC CORP, assignee of Home Depot,
PRA III, LLC., and
GREAT LAKES COLLECTION BUREAU, INC., Assignee of First USA Bank,

Defendants.

Civil Action No. 05-1375

05-194T

NOTICE OF FILING OF PAPERS REMOVING ACTION TO THE UNITED STATES DISTRICT COURT

TO: The Clerk of the Providence County Superior Court

Richard J. Volpe, Esquire
Shechtman Halperin Savage LLP
86 Weybosset Street
Providence, Rhode Island 02903

Ronald Raposa
32 Fairwood Drive
Cranston, Rhode Island 02920

Jeffifer Cabral
32 Fairwood Drive
Cranston, Rhode Island 02920

Rhode Island Division of Taxation
One Capitol Hill Plaza
Providence, Rhode Island 02908

Bank of America, N.A.
c/o E. Martin Stutchfield, Esquire
123 Dyer Street
Providence, Rhode Island 02903

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2005 MAY -6 P 2:19

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

The Glidden Company dba
ICI Dulux Paints
c/o CT Corporation System
10 Weybosset Street
Providence, Rhode Island 02903

CAP Electric Corporation
Assignee of Home Depot
c/o Richard B. Applebaum, Esquire
15 Westminster Street, Suite 630
Providence, Rhode Island 02907

North American Capital Corporation
c/o Law Offices of Howard Lee
Schiff, PC
10 Dorrance Street
Providence, Rhode Island 02903

PRA III, LLC
c/o Lynda Laing
Strauss, Factor and Lopes
403 South Main Street
Providence, Rhode Island 02903

The Sherman Williams Company
c/o John A. DeSano, Jr., Esquire
Post Office Box 422
Warren, Rhode Island 02885

Great Lakes Collection Bureau, Inc.
Assignee of First USA Bank
c/o Richard B. Applebaum, Esquire
15 Westminster Street, Suite 630
Providence, Rhode Island 02907

PLEASE TAKE NOTICE that, on May 6th, 2005, the United States filed a Notice of Removal of the above-titled action with the Clerk of the United States District Court for the District of Rhode Island.

PLEASE TAKE FURTHER NOTICE that, as provided by 28 U.S.C. § 1446(d), the state court "shall proceed no further unless and until the case is remanded."

A copy of the Notice of Removal, without attachments, is annexed to this Notice.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

This Notice is furnished and shall be filed as provided by 28 U.S.C. §1446(d).

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA
Assistant U.S. Attorney

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
e-mail: wendy.j.kisch@usdoj.gov

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing NOTICE OF FILING has this 6th day of May, 2005, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Richard J. Volpe, Esquire
Shechtman Halperin Savage LLP
86 Weybosset Street
Providence, Rhode Island 02903

Ronald Raposa
32 Fairwood Drive
Cranston, Rhode Island 02920

Jeffifer Cabral
32 Fairwood Drive
Cranston, Rhode Island 02920

Rhode Island Division of Taxation
One Capitol Hill Plaza
Providence, Rhode Island 02908

Bank of America, N.A.
c/o E. Martin Stutchfield, Esquire
123 Dyer Street
Providence, Rhode Island 02903

The Glidden Company dba
ICI Dulux Paints
c/o CT Corporation System
10 Weybosset Street
Providence, Rhode Island 02903

North American Capital Corporation
c/o Law Offices of Howard Lee Schiff, PC
10 Dorrance Street
Providence, Rhode Island 02903

The Sherman Williams Company
c/o John A. DeSano, Jr., Esquire
Post Office Box 422
Warren, Rhode Island 02885

CAP Electric Corporation
Assignee of Home Depot
c/o Richard B. Applebaum, Esquire
15 Westminster Street, Suite 630
Providence, Rhode Island 02907

PRA III, LLC
c/o Lynda Laing
Strauss, Factor and Lopes
403 South Main Street
Providence, Rhode Island 02903

Great Lakes Collection Bureau, Inc.
Assignee of First USA Bank
c/o Richard B. Applebaum, Esquire
15 Westminster Street, Suite 630
Providence, Rhode Island 02907

Nancy A. DeQuinzio

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR DEL NORTE REFI, LLC.,

Plaintiff,

v.

RONALD RAPOSA,
JENNIFER CABRAL,
RHODE ISLAND DIVISION OF TAXATION,
BANK OF AMERICA, N.A.,
INTERNAL REVENUE SERVICE,
THE GLIDDEN COMPANY dba ICI DULUX PAINTS,
NORTH AMERICAN CAPITAL CORPORATION,
SHERWIN WILLIAMS COMPANY,
CAP ELECTRIC CORP, assignee of Home Depot,
PRA III, LLC., and
GREAT LAKES COLLECTION BUREAU, INC., Assignee of First USA Bank,

Defendants.

Case No. [redacted] 05 194 T
(Formerly C.A. No. 05-1375
Providence County Superior Court)

FILED
MAY 06 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## UNITED STATES OF AMERICA'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

TO:

Richard J. Volpe, Esquire
Shechtman Halperin Savage LLP
86 Weybosset Street
Providence, Rhode Island 02903

Ronald Raposa
32 Fairwood Drive
Cranston, Rhode Island 02920

Jeffifer Cabral
32 Fairwood Drive
Cranston, Rhode Island 02920

Rhode Island Division of Taxation
One Capitol Hill Plaza
Providence, Rhode Island 02908

Bank of America, N.A.
c/o E. Martin Stutchfield, Esquire
123 Dyer Street
Providence, Rhode Island 02903

The Glidden Company dba ICI Dulux Paints
c/o CT Corporation System
10 Weybosset Street
Providence, Rhode Island 02903

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Islan

North American Capital Corporation
c/o Law Offices of Howard Lee
Schiff, PC
10 Dorrance Street
Providence, Rhode Island 02903

The Sherman Williams Company
c/o John A. DeSano, Jr., Esquire
Post Office Box 422
Warren, Rhode Island 02885

CAP Electric Corporation
Assignee of Home Depot
c/o Richard B. Applebaum, Esquire
15 Westminster Street, Suite 630
Providence, Rhode Island 02907

PRA III, LLC
c/o Lynda Laing
Strauss, Factor and Lopes
403 South Main Street
Providence, Rhode Island 02903

Great Lakes Collection Bureau, Inc.
Assignee of First USA Bank
c/o Richard B. Applebaum, Esquire
15 Westminster Street, Suite 630
Providence, Rhode Island 02907

PLEASE TAKE NOTICE that the action styled *Mortgage Electronic Registration Systems Inc., as nominee for Del Norte Refi, LLC v. Ronald Reposa, et al.,* Civil Action No. 05-1375, now pending in the Providence County Superior Court is removed to the United States District Court for the District of Rhode Island, by and on behalf of the United States of America. The action is removable pursuant to Title 28, United States Code, Sections 1442(a)(1) and 1444, as it is brought against the United States of America or an agency of the United States of America, with the waiver of sovereign immunity found, if at all, pursuant to the provisions of 28 U.S.C. § 2410.

Photocopies of the summons, complaint, together with attachments constituting all non-duplicative process and pleadings received by the trial attorney for the United States to the date of this notice, are attached as required by 28 U.S.C. § 1446(a).

No prior removal of the action has been attempted.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA
Assistant United States Attorney

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
e-mail: wendy.j.kisch@usdoj.gov

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

## CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR DISTRICT OF RHODE ISLAND has this 6th day of May, 2005, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Richard J. Volpe, Esquire
Shechtman Halperin Savage LLP
86 Weybosset Street
Providence, Rhode Island 02903

Ronald Raposa
32 Fairwood Drive
Cranston, Rhode Island 02920

Jennifer Cabral
32 Fairwood Drive
Cranston, Rhode Island 02920

Rhode Island Division of Taxation
One Capitol Hill Plaza
Providence, Rhode Island 02908

Bank of America, N.A.
c/o E. Martin Stutchfield, Esquire
123 Dyer Street
Providence, Rhode Island 02903

The Glidden Company dba
ICI Dulux Paints
c/o CT Corporation System
10 Weybosset Street
Providence, Rhode Island 02903

North American Capital Corporation
c/o Law Offices of Howard Lee Schiff, PC
10 Dorrance Street
Providence, Rhode Island 02903

The Sherman Williams Company
c/o John A. DeSano, Jr., Esquire
Post Office Box 422
Warren, Rhode Island 02885

CAP Electric Corporation
Assignee of Home Depot
c/o Richard B. Applebaum, Esquire
15 Westminster Street, Suite 630
Providence, Rhode Island 02907

PRA III, LLC
c/o Lynda Laing
Strauss, Factor and Lopes
403 South Main Street
Providence, Rhode Island 02903

Great Lakes Collection Bureau, Inc.
Assignee of First USA Bank
c/o Richard B. Applebaum, Esquire
15 Westminster Street, Suite 630
Providence, Rhode Island 02907

Nancy A. DiDuenzio [signature]

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island