IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR DEL NORTE REFI, LLC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| RONALD RAPOSA, | ) | Case No. 05cv194 |
| JENNIFER CABRAL, | ) | |
| RHODE ISLAND DIVISION OF TAXATION, | ) | Judge Ernest C. Torres |
| BANK OF AMERICA, N.A., | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| THE GLIDDEN COMPANY dba ICI DULUX PAINTS, | ) | |
| NORTH AMERICAN CAPITAL CORPORATION, | ) | |
| SHERWIN WILLIAMS COMPANY, | ) | |
| CAP ELECTRIC CORP, assignee of Home Depot, | ) | |
| PRA III, LLC., and | ) | |
| GREAT LAKES COLLECTION BUREAU, INC., Assignee of First USA Bank, | ) | |
| Defendants. | ) | |

**UNITED STATES' ANSWER**

Defendant, United States of America, improperly named and sued as "Internal Revenue Service," denies each and every allegation that is not specifically admitted below and otherwise submits the following answer to plaintiff's complaint.

FIRST DEFENSE

This action, insofar as it purports to be against the United States, is barred by the sovereign immunity of the United States because plaintiff has failed to comply with the pleading requirements set forth in 28 U.S.C. §2410(b).

SECOND DEFENSE

The Internal Revenue Service is not a proper party to the action, and the complaint fails to state a claim upon which the court may grant relief against the agency.

THIRD DEFENSE

As and for its third defense, the United States replies to the individually numbered paragraphs of the complaint as follows:

FACTS

1. Answer: The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 1.

2. Answer: Admits.

3. Answer: The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 3.

4. Answer: Admits.

5. Answer: The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 5.

5[sic]. Answer: Denies. By way of further answer, the United States Attorney, District of Rhode Island, has an address of 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island.

6. Answer: The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 6.

7. Answer: The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 7.

8. Answer: The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 8.

9. Answer: The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 9.

10. Answer: The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 10.

11. Answer: The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 11.

12. Answer: Admits.

8 [sic]. Answer: The United States admits the allegation set forth in paragraph 8 [sic] (d). By way of further answer, the United States asserts that on August 7, 2000, a delegate of the Secretary of the Treasury made an assessment against taxpayer Ronald Raposa for his income tax liabilities, totaling $21,279.90, as of May 15, 2005, for the 1999 tax year. The Notice of Federal Tax Lien was filed on November 28, 2000 at the City Clerk's Office in Cranston, Rhode Island against all property of Ronald Raposa. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 8 [sic] (a), (b), (c), (e), (f), (g), (h), (i), and (j).

In response to the Plaintiff's prayers for relief items 2 and 3, the United States denies that Mortgage Electronic Registration Systems, Inc., as nominee for Del Norte Refi, Inc., is entitled to receive costs, expenses, or attorney's fees from any portion of the surplus funds that would otherwise be paid to the United States.

WHEREFORE, the United States respectfully requests that this Court:

A. Determine that the United States holds valid Federal Tax Liens on all property and rights to property of Ronald Raposa, including his interest in the real property and the resulting surplus funds;

B. Determine the priority of the competing liens; and

C. Order such other and further relief as the Court deems just and proper.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA
Assistant United States Attorney

Wendy J. Kisch
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6553

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing UNITED STATES' ANSWER has this 3rd day of June, 2005, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Richard J. Volpe, Esquire
Shechtman Halperin Savage LLP
86 Weybosset Street
Providence, Rhode Island 02903

Ronald Raposa
32 Fairwood Drive
Cranston, Rhode Island

Jennifer Cabral
32 Fairwood Drive
Cranston, Rhode Island

Rhode Island Division of Taxation
One Capitol Hill Plaza
Providence, Rhode Island

Bank of America, N.A.
c/o E. Martin Stutchfield, Esquire
123 Dyer Street
Rhode Island 02903

The Glidden Company dba
ICI Dulux Paints
c/o CT Corporation System
10 Weybosset Street
Providence, Rhode Island 02903

North American Capital Corporation
c/o Law Offices of Howard Lee Schiff, PC
10 Dorrance Street
Providence, Rhode Island 02903

The Sherman Williams Company
c/o John A. DeSano, Jr., Esquire
Post Office Box 422
Warren, Rhode Island 02885

CAP Electric Corporation
Assignee of Home Depot
c/o Richard B. Applebaum, Esquire
15 Westminster Street, Suite 630
Providence, Rhode Island 02907

PRA III, LLC
c/o Lynda Laing
Strauss, Factor and Lopes
403 South Main Street
Providence, Rhode Island 02903

Great Lakes Collection Bureau, Inc.
Assignee of First USA Bank
c/o Richard B. Applebaum, Esquire
15 Westminster Street, Suite 630
Providence, Rhode Island 02907

Wendy J. Kisch
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6553