IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS INC. AS NOMINEE FOR DEL
NORTE REFI, LLC.

VS.

C.A. NO.: 05-194T
(formerly CA # -5-1375
Providence Superior Court)

RONALD RAPOSA,
JENNIFER CABRAL,
RHODE ISLAND DIVISION OF TAXATION,
BANK OF AMERICA, N.A.,
INTERNAL REVENUE SERVICE,
THE GLIDDEN COMPANY dba
ICI DULUX PAINTS
NORTH AMERICAN CAPITAL CORPORATION
SHERWIN WILLIAMS COMPANY,
CAP ELECTRIC CORP, assignee of HOME DEPOT
PRA III, LLC and
GREAT LAKES COLLECITON BUREAU, INC.
Assignee of First USA Bank

PRA III, LLC.'S MOTION TO RELEASE FUNDS
FROM COURT REGISTRY

Now comes the Defendant, PRA III, LLC., in the above-captioned action and moves that this Honorable Court to order that mortgage foreclosure surplus funds currently held in the Registry of the Court be released to Defendant, PRA III, LLC for payment of the lien held by Defendant which existed on the foreclosed property previously owned by Defendants, Ronald Raposa and Jennifer Cabral plus interest and costs as of May 26, 2005 totaling $8,827.57. In support of this motion, the Defendant states the following:

1. The Plaintiff, by and through its counsel, foreclosed its mortgage secured by the property owned by the Defendants, Ronald Raposa and Jennifer Cabral, located at 32 Fairwood Drive, Cranston, RI, said property being further described as Tax Assessor's Plat 15, Lot 1239 according to the Tax Assessor for the City of Cranston, Rhode Island.

2. The above-referenced property was sold by auction as a result of the foreclosure and surplus funds from that sale, the sum of $40,237.26 was deposited by the mortgage holder, Plaintiff, in the Registry of the Court.

WHEREFORE, Defendant, PRA III, LLC prays this Court releases the amount of $8,827.57 from mortgage foreclosure surplus funds currently held in the Registry of the Court to Defendant, PRA, III, LLC.

PRA III, LLC.,
By defendant's attorneys,
STRAUSS, FACTOR, LAING
& LYONS

Lynda L. Laing #3082
222 Richmond Street, Ste. 208
Providence, RI 02903
(401) 456-0700

Dated: June 30, 2005

REQUEST FOR HEARING

PRA III, LLC hereby requests a hearing on its Motion.

Lynda L. Laing

## CERTIFICATION

To: Richard J. Volpe, Esq.
Shechtman Halperin Savage
86 Weybosset Street
Providence, RI 02903

Ronald Raposa
32 Fairwood Drive
Cranston, RI 02920

Jennifer Cabral
32 Fairwood Drive
Cranston, RI 02920

Rhode Island Division of Taxation
One Capitol Hill Plaza
Providence, RI 02908

Bank of America, N.A.
C/o Martin Stutchfield, Esq.
123 Dyer Street
Providence, RI 02903

The Glidden Company dba
ICI Dulux Paints
C/o CT Corporation System
10 Weybosset Street
Providence, RI 02903

North American Capital Corp.
c/o Law Office of Howard Schiff
10 Dorrance Street
Providence, RI 02903

The Sherman Williams Company
c/o John A. DeSanto, Jr., Esq.
P.O. Box 422
Warren, RI 02885

CAP Electric Corporation
Assignee of Home Depot
C/o Richard Applebaum, Esq.
15 Westminster St., Ste. 630
Providence, RI 02907

Great Lakes Collection Bureau Inc.
Assignee of First USA Bank
C/o Richard Applebaum, Esq.
15 Westminster St., Ste. 630
Providence, RI 02907

I hereby certify that I mailed a copy of the within Motion, postage prepaid, to the above mentioned on this 21st day of July, 2005.

Christine Abrames

Lynn Morrison