**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-194ML** **DATE: August 1, 2005**

**TITLE:** Mortgage Electronic Registration Systems, Inc. v. Ronald Raposa, et al.

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Douglas Giron, Esq.
Giovanni La Terra Bellina, Esq.
Bernard Lemos, Esq.
Lynda Laing, Esq.
Wendy Kisch, Esq.

**PROCEEDING:** Rule 16 Conference

**RULING:** **Deadlines set.**
**Order to follow.**
**Settlement conference set for 11/1/05 at 2:00 p.m.**