UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR DEL NORTE REFI, LLC
Plaintiff

C.A. No. 05-194

vs.

RONALD T. RAPOSA, ET AL.
Defendant

**ENTRY OF APPEARANCE**

I, E. Martin Stutchfield, hereby enter my appearance as counse for Bank of America, N.A.

BANK OF AMERICA, N.A.

By ______________________

E. Martin Stutchfield, Bar Code 1985
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street, Providence, RI 0290
(401) 273-8300; FAX (401) 273-2235

**CERTIFICATION**

I hereby certify that on August 4, 2005, I mailed a copy of the within Entry of Appearance to:

Richard J. Volpe, Esq.
Shechtman Halperin Savage LLP
86 Weybosset Street
Providence, RI 02903

North American Capital Corporation
% Law Offices of Howard Lee Schiff, PC
10 Dorrance Street
Providence, RI 02903

Ronald Raposa
32 Fairwood Drive
Cranston, RI 02920

The Sherwin Williams Company
% John A. DeSano, Jr., Esq.
P.O. Box 422
Warren, RI 02885

Jennifer Cabral
32 Fairwood Drive
Cranston, RI 02920

CAP Electric Corporation
Assignee of Home Depot
% Richard B. Applebaum, Esq.
15 Westminster Street, Suite 630
Providence, RI 02907

Bernard J. Lemos
R.I. Division of Taxation
One Capitol Hill Plaza
Providence, RI 02908

PRA III, LLC
% Lynda Laing
Strauss, Factor and Lopes
403 South Main Street
Providence, RI 02903

The Glidden Company dba
ICI Dulux Paints
% CT Corporation System
10 Weybosset Street
Providence, RI 02903

Great Lakes Collection Bureau, Inc.
Assignee of First USA Bank
% Richard B. Applebaum, Esq.
15 Westminster Street, Suite 630
Providence, RI 02907

E. Martin Stutchfield