UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Plaintiff | ) | |
| VS. | ) | Case No 05-194 |
| RONALD J. RAPOSA ET AL., Defendants | ) | Judge Mary Lisi |

APPLICATION FOR ENTRY OF DEFAULT

Pursuant to F.R.C.P. 55(a), the Plaintiff in the above-captioned action makes application that default enter against the following parties for their failure to appear: Ronald J. Raposa, Jennifer Cabral, The Glidden Company d/b/a ICI Dulux Paints, North American Capital Corporation, Cap Electric Corp., assignee of Home Depot, and Great Lakes Collection Bureau, Inc.

Respectfully submitted,

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

By its Attorneys,

SHECHTMAN HALPERIN SAVAGE, LLP

Jeffrey J. Hardiman, #6299
86 Weybosset Street
Providence, RI 02903
(401) 272-1400
(401) 272-1403 fax
e-mail: jhardiman@shslawfirm.com

CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing Application for Entry of Default was mailed on this 5th day of October, 2005 to the following parties by first class mail, postage prepaid:

Bernard J. Lemos, Esq.
RI Division of Legal Services
One Capitol Hill
Providence, RI 02908

E. Martin Stutchfield, Esq.
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

The Sherwin Williams Company
c/o John A, DeSano, Esq.
Kiernan, Plunkett & Rediham
91 Friendship Street
Providence, RI 02903

PRA III, LLC
c/o Lynda Laing, Esq.
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903

Wendy J. Kisch, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

Jeffrey J. Hardiman, #6299
86 Weybosset Street
Providence, RI 02903
(401) 272-1400
(401) 272-1403 fax