SHECHTMAN
HALPERIN
SAVAGE
ATTORNEYS AT LAW

*A Limited Liability Partnership*

*Jeffrey J. Hardiman, Esquire*
*jh@shlawri.com*

VIA FACSIMILE

October 20, 2005

Honorable Lincoln D. Almond
U.S. District Court, District of Rhode Island
One Exchange Terrace
Federal Building & Courthouse
Providence, RI 02903

Re: Mortgage Electronic Systems, Inc. v. Ronald Raposa, et al.
Case No. 05-194

Dear Judge Almond:

In connection with the above-referenced matter, which is an Interpleader action to disburse surplus funds arising from a mortgage foreclosure, I have been able to communicate with all appearing parties, and have secured the consent of all parties to distribute the surplus funds. I anticipate being able to shortly file a Consent Order with the Court.

There is presently a settlement conference scheduled for November 1, 2005. I am respectfully requesting a 30-60 day continuance of the conference to obtain all necessary signatures on the Consent Order and dispose of this matter.

Thank you for your courtesy in this regard.

Very truly yours,

Jeffrey J. Hardiman
JJH/j/

cc: Wendy Kisch (fax 202-514-5238)
John A. DeSano (fax 401-331-7123)
Bernard J. Lemos (fax 401-222-8244)
Lynda Laing (fax 401-421-4730)
Martin Stutchfield (fax 401-272-5728)

86 WEYBOSSET STREET • PROVIDENCE • RHODE ISLAND • 02903 • TEL. 401.272.1400 • FAX 401.272.1403
352 NEWBURY STREET • BOSTON • MASSACHUSETTS • 02115 • TEL. 617.267.7000 • FAX 617.267.7011
WWW.SHSLAWFIRM.COM

10/24/05: SETTLEMENT CONF. CANCELLED. PLAINTIFF'S COUNSEL TO REPORT ON STATUS OF CONSENT ORDER BY 12/1/05.
USMJ