UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Plaintiff | ) | |
| VS. | ) | Case No 05-194 |
| RONALD J. RAPOSA ET AL., Defendants | ) | Judge Mary Lisi |

APPLICATION FOR ENTRY OF DEFAULT

Pursuant to F.R.C.P. 55(a), the Plaintiff in the above-captioned action makes application that default enter against the following parties for their failure to appear: Ronald J. Raposa, Jennifer Cabral, The Glidden Company d/b/a ICI Dulux Paints, North American Capital Corporation, Cap Electric Corp., assignee of Home Depot, and Great Lakes Collection Bureau, Inc.

**DEFAULT HEREBY ENTERED:**
**as to Jennifer Cabral**

Deputy Clerk 11/9/2005

Respectfully submitted,

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

By its Attorneys,

SHECHTMAN HALPERIN SAVAGE, LLP

Jeffrey J. Hardiman, #6299
86 Weybosset Street
Providence, RI 02903
(401) 272-1400
(401) 272-1403 fax
e-mail: jhardiman@shslawfirm.com