UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Plaintiff | ) | |
| VS. | ) | Case No 05-194 |
| RONALD J. RAPOSA ET AL., Defendants | ) | Judge Mary Lisi |

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2005, I mailed a true and accurate copy of the Entry of Default to the following parties:

Ronald J. Raposa
32 Fairwood Drive
Cranston, RI 02920

Jennifer Cabral
32 Fairwood Drive
Cranston, RI 02920

CAP Electric Corp.
(assignee of Home Depot)
c/o Richard B. Applebaum, Esq.
15 Westminster St., Suite 630
Providence, RI 02907

The Glidden Company
d/b/a ICI Dulux Paints
c/o CT Corporation System
10 Weybosset St.
Providence, RI 02903

North American Capital Corporation
c/o Law Offices of Howard Lee Schiff, PC
10 Dorrance St.
Providence, RI 02903

Great Lakes Collection Bureau, Inc.
c/o Richard B. Applebaum, Esq.
15 Westminster St., Suite 630
Providence, RI 02907

Respectfully submitted,

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

By its Attorneys,

SHECHTMAN HALPERIN SAVAGE, LLP

Jeffrey J. Hardiman, #6299
86 Weybosset Street
Providence, RI 02903
(401) 272-1400
(401) 272-1403 fax
e-mail: jhardiman@shslawfirm.com

Dated: November 10, 2005

CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing Certificate of Service was mailed on this 10th day of November, 2005 to the following parties by first class mail, postage prepaid:

Bernard J. Lemos, Esq.
RI Division of Legal Services
One Capitol Hill
Providence, RI 02908

E. Martin Stutchfield, Esq.
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

The Sherwin Williams Company
c/o John A, DeSano, Esq.
Kiernan, Plunkett & Rediham
91 Friendship Street
Providence, RI 02903

PRA III, LLC
c/o Lynda Laing, Esq.
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903

Wendy J. Kisch, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

Jeffrey J. Hardiman, #6299