RECEIVED

DEC 14 2005

Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR DEL NORTE REFI, LLC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| RONALD RAPOSA, JENNIFER CABRAL, RHODE ISLAND DIVISION OF TAXATION, BANK OF AMERICA, N.A., INTERNAL REVENUE SERVICE, THE GLIDDEN COMPANY dba ICI DULUX PAINTS, NORTH AMERICAN CAPITAL CORPORATION, SHERWIN WILLIAMS COMPANY, CAP ELECTRIC CORP, assignee of Home Depot, PRA III, LLC., and GREAT LAKES COLLECTION BUREAU, INC., Assignee of First USA Bank, | ) | Case No. 05-194 |
| Defendants. | ) | |

CONSENT ORDER TO DISTRIBUTE FUNDS

Mortgage Electronic Registration Systems, Inc., Rhode Island Division of Taxation, Bank of America, N.A., the United States of America (improperly named as the Internal Revenue Service), Sherwin Williams Company and PRA III, LLC. STIPULATE AND AGREE:

WHEREAS, Plaintiff filed a Complaint and Request for Declaratory Relief on April 6, 2005 in the Providence County Superior Court to determine proper distribution of mortgage foreclosure surplus funds in the amount of $40,237.26;

WHEREAS, the United States thereafter removed this action to the U.S. District Court for the District of Rhode Island;

WHEREAS, Ronald Raposa, Jennifer Cabral, The Glidden Company d.b.a. ICI Dulux

24

Paints, North American Capital Corporation, Cap Electric Corp., assignee of Home Depot, and Great Lakes Collection Bureau, Inc. were defaulted in the removed action for failing to appear or answer, and thus, forgo receiving any funds in this action;

WHEREAS, Plaintiff still holds the surplus funds, and agrees, upon the Court's approval, to distribute the surplus funds as set forth in this Consent Order;

WHEREAS, on March 17, 2000, the Rhode Island Division of Taxation filed a lien against Ronald T. Raposa for delinquent state withholding taxes totaling $5,920.57;

WHEREAS, on June 14, 2000, Bank of America recorded a judgment lien against Ronald R. Raposa, which liability will total $7,811.35, including accrued interest and costs, as of November 21, 2005;

WHEREAS, the United States of America made an assessment against Ronald T. Raposa on August 7, 2000 and filed a notice of federal tax lien against Ronald T. Raposa on November 28, 2000 for an unpaid trust fund recovery penalty, which liability will total $21,986.26, including statutory accruals, as of November 21, 2005;

WHEREAS, on August 21, 2001, Sherwin William Company recorded a judgment lien against Ronald R. Raposa, which liability totaled $5,020.70, including accrued interest and costs, as of October 15, 2005.

WHEREAS, on April 10, 2002, PRA III, Inc. recorded a judgment lien against Ronald R. Raposa, which liability totaled $8,827.57, including interest and costs, as of May 26, 2005;

WHEREAS, Mortgage Electronic Registration System, Inc. requested $3,958.50 in attorney's fees for this interpleader action;

WHEREAS, the parties agree that the priority among lien holders is as follows: the

WHEREAS, the parties agree that the priority among lien holders is as follows: the Rhode Island Division of Taxation; Bank of America, the United States of America; Sherwin Williams Company; and PRA III, Inc;

WHEREAS, the parties agree that: (1) the first three lien holders, the Rhode Island Division of Taxation, Bank of America and the United States of America, shall be paid in full, including interest through the date of payment, within 10 days of the Court's entry of this Order; (2) the plaintiff shall be paid for its attorney's fees; and (3) any remainder of the surplus funds shall be distributed to Sherwin Williams Company, so that PRA III, Inc. will not be paid due to the limited amount of the surplus funds.

THEREFORE, the parties agree and stipulate that Mortgage Electronics Registration Systems, Inc. shall distribute the surplus funds totaling $40,237.20, including any accrued interest, to the parties in the following order of priority:

A. The Rhode Island Division of Taxation in the amount of $5,920.57;

B. Bank of America in the amount of $7,811.35, plus $1.55 per diem if paid after November 21, 2005;

C. The United States of America in the amount of $21,986.26, plus any additional interest accrued if paid after November 21, 2005;

D. Mortgage Electronic Registration Systems, Inc. in the amount of $3,958.50 or, if less than such amount is remaining after payment to all parties with senior interests, then that amount remaining; and

E. Sherwin Williams Company, any remainder of the surplus funds.

FURTHERMORE, the parties agree and stipulate that all parties will bear their own fees and costs, except as otherwise stated herein.

__________________________
Jeffrey Hardiman, Esquire
Shechtman Halperin Savage LLP
As Attorney for Mortgage Electronic Registration Systems, Inc.
86 Weybosset Street
Providence, Rhode Island 02903
Phone: (401) 272-1400
Fax: (401)272-1403

__________________________
John A. Desano, Esquire
Kiernan, Plunkett & Redihan
As Attorney for Sherwin Williams Company
91 Friendship Street
Providence, Rhode Island 02903
Phone: (401) 831-2900
Fax: (401) 331-7123

__________________________
E. Martin Stutchfield, Esquire
Winograd, Shine & Zacks, P.C.
As Attorney for Bank of America
123 Dyer Street
Providence, Rhode Island 02903
Phone: (401) 273-8300
Fax: (401) 272-5728

__________________________
Lynda Laing
Strauss, Factor, Laing & Lyons
As Attorney for PRA III, Inc.
222 Richmond Street, Ste. 208
Providence, Rhode Island 02903
Phone: (401) 456-0700
Fax: (401) 421-4730

Bernard J. Lemos
Bernard J. Lemos, Esquire
R.I. Division of Legal Services
As Attorney for Rhode Island Division of Taxation
One Capitol Hill
Providence, Rhode Island 02908
Phone: (401) 222-6271
Fax: (401) 222-3068

__________________________
Wendy J. Kisch
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6553
Facsimile: (202) 514-5238

IT IS SO ORDERED.

Dated: 12/14/05

Mary M. Lisi
MARY M. LISI
UNITED STATES DISTRICT JUDGE

FURTHERMORE, the parties agree and stipulate that all parties will bear their own fees and costs, except as otherwise stated herein.

Jeffrey Hardiman, Esquire
Shechtman Halperin Savage LLP
As Attorney for Mortgage Electronic Registration Systems, Inc.
86 Weybosset Street
Providence, Rhode Island 02903
Phone: (401) 272-1400
Fax: (401)272-1403

John A. Desano, Esquire
Kiernan, Plunkett & Redihan
As Attorney for Sherwin Williams Company
91 Friendship Street
Providence, Rhode Island 02903
Phone: (401) 831-2900
Fax: (401) 331-7123

E. Martin Stutchfield, Esquire 11/22/05
Winograd, Shine & Zacks, P.C.
As Attorney for Bank of America
123 Dyer Street
Providence, Rhode Island 02903
Phone: (401) 273-8300
Fax: (401) 272-5728

Lynda Laing
Strauss, Factor, Laing & Lyons
As Attorney for PRA III, Inc.
222 Richmond Street, Ste. 208
Providence, Rhode Island 02903
Phone: (401) 456-0700
Fax: (401) 421-4730

Bernard J. Lemos, Esquire
R.I. Division of Legal Services
As Attorney for Rhode Island Division of Taxation
One Capitol Hill
Providence, Rhode Island 02908
Phone: (401) 222-6271
Fax: (401) 222-3068

Wendy J. Kisch
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6553
Facsimile: (202) 514-5238

IT IS SO ORDERED.

Dated: ____________________

MARY M. LISI
UNITED STATES DISTRICT JUDGE

FURTHERMORE, the parties agree and stipulate that all parties will bear their own fees and costs, except as otherwise stated herein.

Jeffrey Hardiman, Esquire
Shechtman Halperin Savage LLP
As Attorney for Mortgage Electronic Registration Systems, Inc.
86 Weybosset Street
Providence, Rhode Island 02903
Phone: (401) 272-1400
Fax: (401)272-1403

John A. Desano, Esquire
Kiernan, Plunkett & Redihan
As Attorney for Sherwin Williams Company
91 Friendship Street
Providence, Rhode Island 02903
Phone: (401) 831-2900
Fax: (401) 331-7123

Lynda Laing, with permission

Lynda Laing
Strauss, Factor, Laing & Lyons
As Attorney for PRA III, Inc.
222 Richmond Street, Ste. 208
Providence, Rhode Island 02903
Phone: (401) 456-0700
Fax: (401) 421-4730

E. Martin Stutchfield, Esquire
Winograd, Shine & Zacks, P.C.
As Attorney for Bank of America
123 Dyer Street
Providence, Rhode Island 02903
Phone: (401) 273-8300
Fax: (401) 272-5728

Wendy J. Kisch
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6553
Facsimile: (202) 514-5238

Bernard J. Lemos, Esquire
R.I. Division of Legal Services
As Attorney for Rhode Island Division of Taxation
One Capitol Hill
Providence, Rhode Island 02908
Phone: (401) 222-6271
Fax: (401) 222-3068

IT IS SO ORDERED.

Dated: ____________________

____________________________
MARY M. LISI
UNITED STATES DISTRICT JUDGE

FURTHERMORE, the parties agree and stipulate that all parties will bear their own fees and costs, except as otherwise stated herein.

Jeffrey Hardiman, Esquire
Shechtman Halperin Savage LLP
As Attorney for Mortgage Electronic Registration Systems, Inc.
86 Weybosset Street
Providence, Rhode Island 02903
Phone: (401) 272-1400
Fax: (401)272-1403

John A. Desano, Esquire
Kiernan, Plunkett & Redihan
As Attorney for Sherwin Williams Company
91 Friendship Street
Providence, Rhode Island 02903
Phone: (401) 831-2900
Fax: (401) 331-7123

E. Martin Stutchfield, Esquire
Winograd, Shine & Zacks, P.C.
As Attorney for Bank of America
123 Dyer Street
Providence, Rhode Island 02903
Phone: (401) 273-8300
Fax: (401) 272-5728

Lynda Laing
Strauss, Factor, Laing & Lyons
As Attorney for PRA III, Inc.
222 Richmond Street, Ste. 208
Providence, Rhode Island 02903
Phone: (401) 456-0700
Fax: (401) 421-4730

Bernard J. Lemos, Esquire
R.I. Division of Legal Services
As Attorney for Rhode Island Division of Taxation
One Capitol Hill
Providence, Rhode Island 02908
Phone: (401) 222-6271
Fax: (401) 222-3068

Wendy J. Kisch
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6553
Facsimile: (202) 514-5238

IT IS SO ORDERED.

Dated: ____________________

MARY M. LISI
UNITED STATES DISTRICT JUDGE